**Appeal Dismissed and Memorandum Opinion filed July 10, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00398-CV

_____

## IN THE INTEREST OF J.R.R., T.P.R., & A.M.R., CHILDREN

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-62637**

## M E M O R A N D U M   O P I N I O N

This appeal arises from a suit affecting the parent-child relationship. Appellant K.M.B. appeals from the order signed March 14, 2018. No post-judgment motion was filed.

The notice of appeal must be filed within 30 days after the judgment is signed when no timely post-judgment motion is filed. *See* Tex. R. App. P. 26.1. The thirtieth day after the judgment was signed was April 13, 2018. However, appellant did not file her notice of appeal until May 14, 2018.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1,

but within the 15-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the 15-day period provided by Rule 26.3.

A court of appeals lacks jurisdiction to hear an appeal that was not timely perfected. When the court lacks jurisdiction, it must dismiss the appeal. *See Baker v. Baker*, 469 S.W.3d 269, 272 (Tex. App.—Houston [14th Dist.] 2015, no pet.).

On May 29, 2018, we notified the parties of the court's intention to dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a). We stated we would dismiss the appeal if no party demonstrated, by June 11, 2018, meritorious grounds for retaining the appeal. No response was filed.

The appeal is dismissed for lack of jurisdiction.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Busby